IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

 





NO. WR-32,221-04








EX PARTE GOVIE JEROME BECK, Applicant









ON APPLICATION FOR WRIT OF HABEAS CORPUS 

CAUSE NUMBER W90-29502-J(C) IN THE CRIMINAL

DISTRICT COURT NO. 3 DALLAS COUNTY 



 


 Per curiam. 


O R D E R


 This is an application for a writ of habeas corpus that was transmitted to this Court
by the clerk of the trial court pursuant to the provisions of Article 11.07, Section 3, of the
Texas Code of Criminal Procedure. Ex Parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App.
1967). Applicant was convicted of delivery of a controlled substance. His sentence was
assessed at confinement for a period of twenty years. There was no direct appeal.


 After a review of the record, we find that the findings of fact and conclusions of law
entered by the trial court are correct and are adopted by this Court. This application should
be and therefore is DISMISSED in part and DENIED in part on the findings of the trial court
without a hearing.


DELIVERED: JUNE 28, 2006

DO NOT PUBLISH